# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-2936 MRW | Date | July 23, 2020 |
|---|---|---|---|
| Title | James Perry v. Jim Bill Miller | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica Piper | | None |
| Deputy Clerk | | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None Present | | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

   Plaintiff filed a notice voluntarily dismissing this case with prejudice.  (Docket # 16.)  This action is dismissed with prejudice.